UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEN STABLER, ET AL.,<br><br>        Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE, ET AL.,<br><br>        Defendants. | CASE NO.: 12-CV-04186 |

### NOTICE OF CHANGE OF ADDRESS

Please be advised that effective Monday, November 2, 2020, the physical and mailing address for RICHARD S. LEWIS and HAUSFELD LLP, counsel for the Plaintiffs in the above-captioned matter, has changed:

FROM:

HAUSFELD LLP
1700 K. Street, NW
Suite 650
Washington, DC 20006

TO:

HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006

 /s/Richard S. Lewis
Richard S. Lewis
HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Tel.: 202-540-7200
Fax: 202-540-7201
rlewis@hausfeld.com

CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2020, that I electronically filed the foregoing Notice of Change of Address with the Clerk of Court via the CM/ECF system, which will send notification of filing to all counsel of record.

                                                */s/Richard S. Lewis*
                                                Richard S. Lewis